STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: December 26, 2012**

**Docket Number: 12   00570-WCA**

**VIEL OLIVIER**
**VERSUS**
**OLIVIER BUILDERS**

**Appealed from Office of Workers' Compensation - # 4 Case No. 06-03499**

<u>**BEFORE JUDGES**</u>:

      **Hon. Jimmie C. Peters**
      **Hon. James T. Genovese**
      **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Viel Olivier** has this day been

      **DENIED.**

cc: Mark Alfred Ackal, Counsel for the Appellee